ABRAHAM KATZ *v.* CITY OF BRIDGEPORT ET AL.

The motion by the plaintiff to review the order terminating the stay of execution in the appeal from the Superior Court in Fairfield County is denied.

*Edward R. Carley,* in support of the motion.

*Jack Samowitz,* in opposition.

Submitted October 5—decided October 6, 1971

STATE OF CONNECTICUT *v.* JACK R. ROBINSON

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Walter D. Flanagan,* assistant state's attorney, for the appellee (plaintiff).

*Louis I. Gladstone,* for the appellant (defendant).